# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

JUDITH KNISKERN,

          **Plaintiff,**

      **v.**                                                 Civil No. 06-1797-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

          **Defendant.**

## JUDGMENT

      This case is reversed and remanded to the Commissioner for further administrative proceedings.

      Dated: April __2__, 2008.

                                      /s/ Ann Aiken
                                **United States District Judge**

**JUDGMENT**                                                           **DOCUMENT NO:** _____